December 4, 2025.



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-25-00184-CV

SHELLY BATES, Appellant

V.

DAVID SUZUKI, Appellee

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 25, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Shelly Bates.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered December 4, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.